Pitchfork Festivals

                          Plaintiff,

v.                                                      Case No.: 1:26–cv–07884
                                                        Honorable Martha M. Pacold

Michael Reed, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

        MINUTE entry before the Honorable Martha M. Pacold: The parties are directed to file an initial joint status report by 8/12/2026. Additionally, plaintiff is directed to show cause by 7/22/2026 whether the court has subject matter jurisdiction over this case. The complaint indicates that plaintiff is an LLC but does not clearly state the identities of plaintiff's members and their citizenship. *See* [1] ¶ 6. The court is therefore unable to determine plaintiff's citizenship for the purposes of 28 U.S.C. § 1332(a). *See Belleville Catering Co. v. Champaign Mkt. Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003) ("[L]imited liability companies are citizens of every state of which any member is a citizen."). Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.