**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| PITCHFORK FESTIVALS LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL REED AND AT PLUTO LTD., <br><br> Defendants. | **Case No. 1:26-cv-07884** <br> **Hon. Martha M. Pacold** |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Pitchfork Festivals, LLC ("Plaintiff"), by and through its undersigned counsel, submits this Response to the Court's July 8, 2026 Order to Show Cause regarding subject matter jurisdiction.

1. Plaintiff Pitchfork Festivals, LLC is a limited liability company.

2. The sole member of Pitchfork Festivals, LLC is Advance Magazine Publishers Inc. (AMPI).

3. AMPI is a corporation incorporated under the laws of the State of New York, with its principal place of business and corporate headquarters in New York. Accordingly, pursuant to 28 U.S.C. § 1332(c)(1), AMPI is a citizen of New York for purposes of diversity jurisdiction.

4. For purposes of diversity jurisdiction, a limited liability company is a citizen of every state in which any of its members is a citizen.

5. Accordingly, Plaintiff is a citizen of New York.

6. As alleged in the Complaint, Defendants are citizens of Illinois.

1

7.  Complete diversity therefore exists among the parties pursuant to 28 U.S.C. § 1332(a), and the amount in controversy exceeds $75,000, exclusive of interest and costs.

Accordingly, Plaintiff respectfully submits that this Court has subject matter jurisdiction over this action.

New York, New York
July 22, 2026

Respectfully submitted,

*/s/ Joshua Harris*
Joshua Harris
**BREWER, ATTORNEYS & COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone: (214) 653-4802
jharris@brewerattorneys.com

William A. Brewer IV (admitted *Pro Hac Vice*)
New York State Bar No.: 5340161
**BREWER, ATTORNEYS & COUNSELORS**
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849
wbb@brewerattorneys.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served via the Court's electronic case filing system upon all counsel of record on July 22, 2026.


/s/ *Joshua Harris*
Joshua Harris