Pitchfork Festivals

                         Plaintiff,

v.                                                Case No.: 1:26–cv–07884
                                                  Honorable Martha M. Pacold

Michael Reed, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

          MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's response [12]. Plaintiff has discharged its obligations under the show–cause order [5], without prejudice to any jurisdictional arguments defendants may raise (as to domicile, corporate structure, or any other factual or legal issue relevant to jurisdiction). The 8/12/26 initial joint status report deadline [5] stands. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.